UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MOHAMAD SAEED KODAIMATI,<br><br>   Defendant. | Case No. 15cr1298 AJB<br><br>ORDER ACCEPTING GUILTY PLEA |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Crawford are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Indictment filed May 15, 2015.

IT IS SO ORDERED.

DATED: March 8, 2016

Hon. Anthony J. Battaglia
U.S. District Judge